BJR
F. #2005R00888

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 1 4 2005 ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

CHRISTINE GODETTE,

    Defendant.

- - - - - - - - - - - - - - - X

O R D E R

05 CR 456 (CBA)

EASTERN DISTRICT OF NEW YORK, SS:

    Upon application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Bryan J. Rose,

    IT IS HEREBY ORDERED that the indictment in the above-captioned case is dismissed as to defendant CHRISTINE GODETTE.

Dated: Brooklyn, New York
       November 10, 2005

/s/ USMJ ROANNE L. MANN
_____
THE HONORABLE CAROL B. AMON
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK